IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

REGINALD S. LEWIS,
    Plaintiff,

v.

JOHN WETZEL, *et al.*,
    Defendants.

CIVIL ACTION NO. 18-CV-2541

FILED
AUG 21 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this 21st day of August, 2018, upon consideration of Plaintiff Reginald S. Lewis's Request for Status (ECF No. 6), it is **ORDERED** that the Clerk of Court shall **SEND** Lewis a copy of the docket for this case.

BY THE COURT:

JUAN R. SÁNCHEZ, C.J.