BLD-103

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 19-3019
_____

REGINALD S. LEWIS,
                      Appellant

v.

JOHN E. WETZEL, SECRETARY, PENNSYLVANIA DEPARTMENT OF
CORRECTIONS; CYNTHIA LINK, (FORMER) SUPERINTENDENT, SCI
GRATERFORD; MICHAEL WENEROWICZ, DEPUTY SECRETARY, EASTERN
DISTRICT, P.A. DEPT. OF CORRECTIONS; KELLY LONG, MAIL ROOM
SUPERVISOR, SCI-GRATERFORD; FORMER CAPTAIN SPAGNOLETTI, SCI
GRATERFORD
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 2-18-cv-02541)
District Judge: Honorable Juan R. Sánchez
_____

Submitted for Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B) or
Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
January 30, 2020

Before: AMBRO, GREENAWAY, Jr., and BIBAS, Circuit Judges

**JUDGMENT**

    This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) and for possible summary action pursuant to Third

Circuit LAR 27.4 and I.O.P. 10.6 on January 30, 2020. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that he judgment of the District Court entered August 15, 2019, be and the same hereby is affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: February 24, 2020

**Certified as a true copy and issued in lieu of a formal mandate on   May 11, 2020**

**Teste:** *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2